AO ___    Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

_____ Eastern _____ District of _____ Arkansas _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |
| **V.** | |
| Hollins, Coreteza Lorance | Case Number:  4:19-cr-00092-01-BSM |
| | USM Number: 32697-009 |
| **Date of Original Judgment:**    4/22/2021 | Sonia Fonticiella |
| **(Or Date of Last Amended Judgment)** | Defendant's Attorney at Sentencing |

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons     X the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline
sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing
Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of
      60     months is reduced to **48 months** .

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 16 2023
TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

## I.  COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): 19                       Amended Offense Level: 19
          Criminal History Category: V                      Criminal History Category: IV
Previous Guideline Range: 57     to 71    months      Amended Guideline Range: 46     to 57     months

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant
      at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____ .

## III.  FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated  4/22/2021  shall remain in effect.

**IT IS SO ORDERED.**

11-16-23
Order Date

February 1, 2024
Effective Date (if delayed)

_____
Signature of Judge

U.S. District Judge Brian S. Miller
Name and Title of Judge